UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                          :
TAMEEKA BAKER,                                            :
                                                          :
                          Plaintiff,                      :
                                                          :                    20-CV-589 (JMF)
              -v-                                         :
                                                          :                    ORDER
CITY OF NEW YORK et al.,                                  :
                                                          :
                          Defendants.                     :
                                                          :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 The parties are reminded that they should not file discovery documents on ECF unless they are relevant to a particular legal dispute that the parties are seeking to have the Court resolve, in which case the parties should bring that dispute to the Court's attention.

 SO ORDERED.

Dated: September 29, 2020      _____
  New York, New York        JESSE M. FURMAN
             United States District Judge