UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMEEKA BAKER,

           Plaintiff,

    -v-

CITY OF NEW YORK et al.,

           Defendants.

---

20-CV-589 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Case Management Plan dated September 4, 2020, the parties were required no later than December 14, 2020 to "file a joint letter addressing (1) what discovery has been conducted; (2) what discovery remains to be done; (3) proposed deadlines for the remaining discovery; (4) whether the parties have discussed settlement; (5) whether there is anything that the Court can do to facilitate settlement (e.g., referral to mediation and/or the Magistrate Judge); (6) the status of the criminal proceedings against Detective Franco; and (7) whether a conference should be held." ECF No. 36 ¶ 7. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **December 23, 2020**.

    SO ORDERED.

Dated: December 16, 2020
       New York, New York

                                             JESSE M. FURMAN
                                       United States District Judge