UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TAMEEKA BAKER,

                                                    Plaintiff,

                    -against-

THE CITY OF NEW YORK, JOSEPH FRANCO, and
JOHN DOE(S) 1-3

                                                    Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF PARIAL
DISMISSAL (AS TO THE
CITY OF NEW YORK
ONLY)**

20-Civ-00589 (JMF)

    **WHEREAS,** plaintiff Tameeka Baker and the City of New York have reached a

settlement agreement and now desire to resolve the issues raised in this litigation against the City

of New York, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that this action is hereby dismissed with prejudice, and without

costs, expenses or attorneys' fees, against the City of New York only.

Dated: New York, New York
        January 26 , 2021

STEVEN A. HOFFNER, ESQ.
*Attorneys for Plaintiff*
325Broadway, Suite 505
New York 10007
(212) 941-8330

By: _____

Steven A. Hoffner
*Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
    City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By:   *Elissa P Fudim*
      _____

Elissa Fudim
*Senior Counsel*

SO ORDERED:

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

2